MARY E. SULLIVAN, Appellant, v. NEW YORK TELEPHONE COMPANY, Respondent, Impleaded with Another.

*Sullivan* v. *N. Y. Telephone Co.*, 157 App. Div. 642, affirmed.
(Argued May 5, 1915; decided June 1, 1915.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 23, 1913, upon an order reversing as to the defendant, respondent, a judgment in favor of plaintiff entered upon a verdict and directing a dismissal of the complaint as to it in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of the defendants. The complaint alleged that defendants negligently and carelessly maintained a pay station telephone in an unsafe and dangerous place, close to and by a certain trap door; and that while plaintiff was using the said telephone defendants negligently and carelessly, without giving warning and unknown to the plaintiff, opened the said trap door, and suffered it to be and remain open, by reason of which plaintiff when leaving fell into and through the trap door, receiving the injuries complained of.

*Abraham Benedict* and *Charles S. Guggenheimer* for appellant.

*Arnold W. Sherman* and *Charles T. Russell* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WERNER, CHASE, HOGAN, MILLER, CARDOZO and SEABURY, JJ. Not voting: WILLARD BARTLETT, Ch. J.